UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

JEFFERY BARNETT #400407,

    Plaintiff,

v.                                                      No.:    3:08-cv-507
                                                                 (VARLAN/SHIRLEY)

DAVID MILLS, JEFF DYER,
DENNIS ARMES, ANTHONY HUMAN, and
G. ANN CHRISTMAS,

    Defendants.

## JUDGMENT ORDER

For the reasons stated in the court's Memorandum and Order, the court **ORDERS** that this action is **DISMISSED** as frivolous and for failure to state a claim for relief. The court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

**E N T E R :**

                                                      s/ Thomas A. Varlan
                                                      UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

    s/ *Patricia L. McNutt*
      CLERK OF COURT